IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:17-cv-02441<br>)<br>) |
| PARKWAY, INC., *et al.*, | )<br>) |
| Defendants. | ) |

### ORDER OF DISMISSAL

CAME ON for consideration Plaintiff's Notice of Voluntary Dismissal, and the Court having considered same and finding that just cause exists, it is therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE as to the refiling of same.

SIGNED this 24th day of November, 2017

Ewing Werlein, Jr.
United States District Judge